**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Fernando Garcia
_____

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Gateway Group One, et al
_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**COMPLAINT**

Jury Trial: ☐ Yes ☒ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.    Parties in this complaint:**

A.    List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name             Fernando Garcia
             Street Address   ~~275 4th st Apt~~
             County, City     ~~Essex, Newark~~
             State & Zip Code New Jersey 07107
             Telephone Number (908) 578-8617

B.      List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1          Name _Gateway Group ONE_

Street Address _604-608 Market Street_

County, City _Essex County, Newark_

State & Zip Code _New Jersey, 07105_


Defendant No. 2          Name _____

Street Address _____

County, City _____

State & Zip Code _____


Defendant No. 3          Name _____

Street Address _____

County, City _____

State & Zip Code _____


Defendant No. 4          Name _____

Street Address _____

County, City _____

State & Zip Code _____


## II.      Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.      What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal Questions        [ ] Diversity of Citizenship

[ ] U.S. Government Plaintiff        [ ] U.S. Government Defendant


B.      If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _Title VII_

_____

_____

- 2 -

C.     If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

## III.    Statement of Claim:

State as briefly as possible the <u>facts</u> of your case.  Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? Morristown Medical Center,

B.    What date and approximate time did the events giving rise to your claim(s) occur? The events giving rise to my claim occured approximately between November of 2016 and February of 2017

C.    Facts: I was terminated on February 16th, 2017 from my employment as a Security Officer. Prior to my termination, I was demoted on manufactured disciplinary charges by Parking manager, John Russo and his assistant, David Riviello.

**What happened to you?**

John Russo terminated my employment, with the authorization of Danny Picciottoli, for accepting a gratuity. Regional Manager Danny Picciottoli, who is Italian, allowed another Security officer, also Italian, to accept gratuities on numerous occasions without termination.

**Who did what?**

David Riviello had involvement in my termination by endorsing fabricated disciplinary charges initiated against me by John Russo. David Riviello is John Russo's Assistant Manager. Both John Russo and David Riviello are also Italian and commenced their employment with Gateway Group One in 2016

**Was anyone else involved?**

There were no other witnesses

**Who else saw what happened?**

- 3 -

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.   NoNe

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

Plaintiff seeks punitive and compensatory damages in the amount of $100,000.00; Plaintiff relies on defendants intentional violation of Title VII based on Plaintiffs National Origin (Hispanic)

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _18th_ day of _December_ , 20 _18_ .


Signature of Plaintiff  _Fernando Garcia_

Mailing Address  _P.O. Box 1850_

_Bloomfield, N.J. 07003_


Telephone Number  _(908) 578-8617_

Fax Number *(if you have one)*  _____

E-mail Address  _Superbfg69@Aol.Com_


Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint.


Signature of Plaintiff:  _Fernando Garcia_